Kevin Mahoney, Esq. (SBN: 235367)
kmahoney@mahoney-law.net
John A. Young (SBN: 299809)
jyoung@mahoney-law.net
**MAHONEY LAW GROUP, APC**
249 E. Ocean Boulevard, Suite 814
Long Beach, CA 90802
Telephone No.: (562) 590-5550
Facsimile No.: (562) 590-8400

Attorneys for Plaintiff GERARDO TELLEZ, as an individual, and on behalf of all similarly situated employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO TELLEZ, as an individual, and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>HARVEST LANDSCAPE ENTERPRISES, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV 20-438-GW-SKx<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONTINUE THE AUGUST 6, 2021 FINAL APPROVAL HEARING**<br><br>Assigned for all purposes to:<br>Hon. George H. Wu, Crt. Rm. 9D<br><br>Action Filed:   October 18, 2019 |

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONTINUE THE AUGUST 6, 2021 FINAL APPROVAL HEARING

# ORDER

IT IS HEREBY ORDERED, upon review of the joint stipulation and for good cause shown, the stipulation is GRANTED as follows:

- The August 6, 2021, hearing for Plaintiff's motion for final approval is continued to September 9, 2021 at 8:30 a.m.; and
- Plaintiff is to file his motion for final approval on or before sixteen (16) court days prior to the September 9, 2021 hearing.

**IT IS SO ORDERED.**

Dated: June 22, 2021

_____
The Honorable George H. Wu
United States District Judge